UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**CRIMINAL ACTION NO. 1:21-MJ-00130**

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**Vs.**

**JORDAN T. REVLETT**                                                     **DEFENDANT**
_____

**NOTICE OF ENTRY OF APPEARANCE**

_____

      Comes the undersigned counsel, who respectfully provides notice to the Court that undersigned counsel shall appear as retained counsel for the Defendant, Jordan T. Revlett, in the above captioned case. Please forward any and all correspondence to the contact information listed below.

                                                    Respectfully submitted,

                                                    <u>/s/ *Bryce L. Caldwell*</u>
                                                    Bryce L. Caldwell (KY #92874)
                                                    Gordon, Goetz, Johnson & Caldwell, PSC
                                                    121 West 2nd Street
                                                    Owensboro, Kentucky 42303
                                                    Office: (270) 684-5757
                                                    Cell: (270) 231-7513
                                                    Fax: (270) 684-5862
                                                    Email: bcaldwell@glofirm.com
                                                    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1st, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all parties of record.

Hon. Candice Wong  
Assistant United States Attorney  
United States Attorney for District of Columbia  
555 4th Street NW  
Washington, DC 20530  
Candice.Wong@usdoj.gov

                                        Respectfully submitted,

                                        /s/ *Bryce L. Caldwell*  
                                        Bryce L. Caldwell (KY #92874)  
                                        *Attorney for Defendant*