AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Jordan T Revlett | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jordan T Revlett,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1)-(2) - Unlawful Entry on Restricted Grounds
40 U.S.C. 5104(e)(2)(D) and (G) - Violent Entry or Disorderly Conduct

Date: 01/20/2021

2021.01.20 14:56:29 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

U.S. Magistrate Judge Zia M. Faruqui
*Printed name and title*

### Return

This warrant was received on *(date)* 1/21/21, and the person was arrested on *(date)* 1/25/21
at *(city and state)* Owensboro, KY.

Date: 1/25/21

*Arresting officer's signature*

Jon A. McClelland, SA, FBI
*Printed name and title*