# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

**CRIMINAL ACTION NO. 1:21-CR-00281-JEB**

**UNITED STATES OF AMERICA**
**PLAINTIFF**

**Vs.**

**JORDAN T. REVLETT**
**DEFENDANT**

___

## MOTION TO CONTINUE FINAL SENTENCING
___

Comes the defendant, Jordan T. Revlett, by and through counsel, and hereby moves this Court to continue the Final Sentencing Hearing currently scheduled for June 16th, at 2:30 P.M. EST. As grounds for such, the defendant states the following:

Currently, the undersigned, Bryce L. Caldwell is counsel of record in Daviess County, Kentucky, Circuit Court Criminal Action Number 19-CR-1377. This matter has been scheduled for trial the week of June 13th, 2022, through June 17th, 2022. The indictment of this matter contains two (counts) of murder and a single count of assault in the first degree. Additionally, the defendant in this matter, was a juvenile at the time of the allegations and is being tried as an adult. Diligent efforts to resolve the matter have been made but have ultimately been unsuccessful, which has resulted in the undersigned having a conflict for the above listed defendant's currently scheduled Final Sentencing Hearing. Additionally, there was a motion to continue Daviess County Circuit Court matter, due to an evidentiary issue, which was overruled by the court this morning. The jury trial proceeded this morning, and is expected to last through the end of the week. Furthermore, the undersigned is not requesting an extended extension, and

believes a new date within the next two weeks would be appropriate, so long as such a date is appropriate for the court's schedule.

The undersigned further states to the Court, that this Motion was discussed with counsel for the United States, and that no objection would be made. Furthermore, the defendant would stipulate that the time between June 13th, 2022, and the requested next scheduled Final Sentencing Hearing date is excludable under the Speedy Trial Act in the interest of justice.

**WHEREFORE**, based on the foregoing, the Defendant respectfully moves this Court to Enter an Order granting the relief requested herein.

    Respectfully submitted,

/s/ *Bryce L. Caldwell*
Bryce L. Caldwell (KY #92874)
Gordon, Goetz, Johnson & Caldwell, PSC
121 West 2nd Street
Owensboro, Kentucky 42303
Office: (270) 684-5757
Cell: (270) 231-7513
Fax: (270) 684-5862
Email: bcaldwell@glofirm.com
*Counsel for Defendant*

And

/s/ *Janet K. DeCosta*
Janet K. DeCosta
D.C. Bar # 439674
2425 L Street, N.W.
Suite 901
Washington, DC 20037
Telephone: (202) 638-3344
Facsimile: (202) 824-8126
Email: jkdecosta@jkdecosta.com
*Co-Counsel for Defendant*

## NOTICE

The foregoing will come on for hearing at the discretion of and convenience of the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on June 13th, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all parties of record.

Hon. Kathryn E. Fifield
Trial Attorney
Detailed to the U.S. Attorney's Office
555 4th Street NW
Washington, DC 20530
kathryn.fifield@usdoj.gov
(202) 320-0048

                                                Respectfully submitted,

                                                /s/ *Bryce L. Caldwell*
                                                Bryce L. Caldwell (KY #92874)
                                                *Counsel for Defendant*

                                                And

                                                /s/ *Janet K. DeCosta*
                                                Janet K. DeCosta
                                                *Co-Counsel for Defendant*