UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORDAN REVLETT,<br><br>   Defendant. | Case No. 21-cr-281-JEB |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video exhibits in support of sentencing in the above-captioned matter. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is identified and briefly described below:

- Exhibit 1: Video recorded by Revlett using his cell phone near the NW Scaffolding of the Capitol building on January 6, 2021.

- Exhibit 2: Video recorded by Revlett using his cell phone while ascending the NW Stairs of the Capitol building on January 6, 2021.

- Exhibit 3: Revlett's January 6, 2021 Snapchat story

- Exhibit 10: Video recorded by Revlett using his cell phone inside the U.S. Capitol Rotunda, showing an altercation between Metropolitan Police and rioters inside the Rotunda

- Exhibit 13: Video recorded by Revlett using his cell phone outside of the Capitol building on the east side, showing the East Rotunda Doors.

- Exhibit 14: Video recorded by Revlett using his cell phone outside of the Capitol building on the east side, showing the crowd in the East Plaza and on the East Steps, including rioters standing on top of police tactical vehicles.

- <u>Exhibit 15</u>:[1]   Metropolitan Police (MPD) Body Worn Camera (BWC) footage showing the same altercation visible in Exhibit 10 between a rioter draped in a flag and an MPD officer.  Exhibit 10 shows the altercation from Revlett's perspective; Exhibit 15 shows the altercation from the perspective of the police.  This BWC video shows a verbal altercation between rioters and police beginning approximately at video marker 7:00.  At marker 8:42, the rioter draped in a flag, while recording on his own cell phone, taunts the officers, saying, "I challenge any of you to do something to me! Start hitting me!"  Other rioters are screaming obscenities at the police, including a female rioter demanding that the police "bring that fucking bitch out here," referring to Speaker Nancy Pelosi; "We're coming in if you don't bring her out!"  At marker 9:42, the rioter draped in the flag yells, "I'm not backing up, you're not my ruler, this is my Capitol!" as he closes distance on the police officer's BWC camera, indicating that the officer's and the rioter's bodies are colliding.  The officer shoves the rioter back, and the crowd begins to jeer and boo in the background.  The same chorus of booing can be heard in Exhibit 10.  Due to the angle of the BWC camera and the rioters standing in front of the MPD officers, Revlett himself is not visible in Exhibit 15 during the altercation.

                                Respectfully submitted,

                                MATTHEW M. GRAVES
                                United States Attorney
                                DC Bar No. 481052

By:       /s/ *Kathryn E. Fifield*
           Kathryn E. Fifield
           Trial Attorney
           U.S. Department of Justice, Crim. Div.
           Detailed to the D.C. U.S. Attorney's Office
           601 D Street, N.W.
           Washington, DC 20530
           Kathryn.Fifield@usdoj.gov
           (202) 320-0048

---

[1] Exhibits 1-3, 10, 13-14 were submitted to the Court and defense counsel by USAfx upload on June 9, 2022.  Exhibit 15 was recently identified by the government and uploaded to USAfx on July 6, 2021.  MPD BWC was produced to defense in global discovery via evidence.com.